USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/3/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

MICKEY VALDEZ,

Defendant.

14 Cr. 468-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

A violation of supervised release initial appearance shall take place on **July 8, 2025**, at **noon** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

By **July 5**, Defendant, Mickey Valdez, shall file his bail appeal, which shall include a copy of the transcript of the July 2 hearing before the Honorable Gary Stein. The Government shall file its response by **July 7** at **9:00 a.m.**

SO ORDERED.

Dated: July 3, 2025
New York, New York

ANALISA TORRES
United States District Judge