```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/10/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

MICKEY VALDEZ,

                      Defendant.

14 Cr. 468-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      A violation of supervised release status conference shall take place on **July 21, 2025**, at **11:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  By **July 15, 2025**, the parties shall email the Court a list of the issues, if any, they intend to address at the conference.

      SO ORDERED.

Dated: July 10, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge