

[Type text]

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 8/25/2025       │
└─────────────────────────────┘
```

August 22, 2025

**BY ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Mickey Valdez*, 14 Cr. 468-2 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter, with the consent of the United States Probation Office ("Probation"), to request that the Court order Probation to produce any and all records it maintains that detail Mickey Valdez's supervision and pertain to Specification 6 set forth in Probation's July 7, 2025 Violation Report (the "Report"). To prove Specification 6, the Government may call a Probation Officer to testify. Accordingly, the Government requests that the Court order Probation to produce records including, but not limited to, the following:

- Internal chronologies, toxicology reports, documents memorializing the chain of custody, and any other records relating to the defendant's positive drug tests for marijuana on or about January 3, 2023, and July 14, 2023, as alleged in **Specification 6**.

The Government respectfully requests that the Court enter an order directing Probation to produce the records articulated above.[1]

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Mostafa Khairy*
Mostafa Khairy
Special Assistant United States Attorney
Tel.: (212) 637-2406

Cc: Hannah McCrea, Esq. (by ECF)
Karen Rosero, U.S. Probation Officer (by email)

SO ORDERED.

_____
Honorable Analisa Torres
United States District Judge
August 25, 2025

---

[1] Once in possession of the files, the Government will disclose them to the defense as necessary to comply with its obligations under Federal Rule of Criminal Procedure 32.1, Title 18, United States Code, Section 3500, *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).