UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA,       :

                                  :

                                  :          14 Cr. 468-02 (LGS)
            -against-          :           25 Cr. 514 (LGS)

                                  :

MICKEY VALDEZ,             :         SCHEDULING ORDER
                          Defendant.  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that Defendant Mickey Valdez's sentencing hearing will be held

on **May 26, 2026**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40

Foley Square, New York, New York 10007.   Defendant's sentencing submission, if any, shall be

filed on or before **May 4, 2026**.  The Government's pre-sentencing submission, if any, shall be

filed by **May 7, 2026.**

Dated: February 3, 2026
       New York, New York

                                 **LORNA G. SCHOFIELD**
                             **UNITED STATES DISTRICT JUDGE**