UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
    UNITED STATES OF AMERICA,                   :
                                                :
                                                :        14 Cr. 468-02 (LGS)
                    -against-                    :        25 Cr. 514 (LGS)
                                                :
    MICKEY VALDEZ,                              :        ORDER
                              Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for May 26,

2026, is adjourned to **July 7, 2026, at 11:00 a.m**.

Dated: May 22, 2026
       New York, New York

_____
        **LORNA G. SCHOFIELD**
    **UNITED STATES DISTRICT JUDGE**